## (December 16, 1975)

■ KELLY, ANDREWS & BRADLEY, INC., by Its Trustee, EDWIN L. GASPER-INI, Appellant, v UNITED STATES FIDELITY AND GUARANTY Co., Respondent and Third-Party Plaintifff. STUART SCHIFFMAN et al., Third-Party Defendants.—Order, Supreme Court, New York County, entered on May 1, 1975, unanimously affirmed for the reasons stated by Amsterdam, J., in her decision of March 21, 1975, without costs and without disbursements. No opinion. Concur—Murphy, J. P., Tilzer, Lane, Nunez and Lynch, JJ.

■ AMERICAN TRADING COMPANY, INC., Appellant, v LEONARD FISH, Respondent.—Order and judgment, Supreme Court, New York County, entered on June 6, 1974, and on or about October 23, 1974, unanimously affirmed for the reasons stated by Fein, J., at IC Part IX, and that the respondent recover of the appellant $60 costs and disbursements of this appeal. No opinion. [78 Misc 2d 210.] Concur—Murphy, J. P., Lupiano, Capozzoli, Lane and Nunez, JJ.

■ SUSAN NAGEL, Respondent, v JOHN NAGEL, Appellant.—Order and judgment (one paper), Supreme Court, New York County, entered January 9, 1975, confirming the report of the referee, unanimously affirmed. Order, Supreme Court, New York County, entered February 19, 1975, denying a motion to vacate the order and judgment (one paper), Supreme Court, New York County, entered January 9, 1975, unanimously affirmed, with one bill of $60 costs covering both appeals. The history of this action which was commenced in March, 1972 is replete with dilatory tactics of the defendant and his counsel. Even after the matter was finally assigned to a referee in October, 1973, numerous adjournments were granted to defendant. Some of these adjournments were made necessary when both the defendant and his counsel failed to appear and further failed even to notify the court of their inability to appear. Under the circumstances, the court properly confirmed the report of the referee based on the evidence submitted and properly denied the motion to reopen the proceedings. Concur—Stevens, P. J., Markewich, Kupferman, Capozzoli and Lane, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEONARD L. STEINMAN on Behalf of JOSEPH FRIPP, Appellant, v JUSTICES OF THE SUPREME COURT et al., Respondents.—Judgment, Supreme Court, Bronx County, entered on August 28, 1975, denying petitioner's habeas corpus application and dismissing the writ, unanimously affirmed. The documents submitted to the court below were sufficient to establish a prima facie case for the extradition of petitioner. In addition, there was testimony that the petitioner was in the demanding State at the time of the crime. Concur—Stevens, P. J., Markewich, Kupferman, Capozzoli and Lane, JJ.